# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2021-0549, <u>In the Matter of Michael Dalton and Mindy Hardy</u>, the court on October 27, 2022, issued the following order:**

Having considered the parties' briefs and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). The respondent, Mindy Hardy, appeals an order recommended by a judicial referee (<u>Foley</u>, R.) and approved by the Circuit Court (<u>Lown</u>, J.) denying her motion to modify the final parenting plan entered in her divorce from the petitioner, Michael Dalton. We affirm.

As the appealing party, the respondent has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the respondent's arguments, the relevant law, and the record submitted on appeal, we conclude that the respondent has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**